# Third District Court of Appeal

## State of Florida

Opinion filed February 17, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-0129
Lower Tribunal No. 17-29496

————————

**Robert Sanchez,**
Appellant,

vs.

**Miami-Dade County, Florida, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan S. Fine, Judge.

Law Offices of David J. Finger, P.A., and David J. Finger; and Koppel & Associates, P.A., and Wayne S. Koppel (Plantation), for appellant.

Abigail Price-Williams, Miami-Dade County Attorney, and Daniel Frastai, Assistant County Attorney, for appellees.

Before EMAS, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.